**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ROHM AND HAAS ELECTRONIC MATERIALS LLC | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 06-297 |
| HONEYWELL ELECTRONIC MATERIALS INC. and HONEYWELL SPECIALTY MATERIALS, LLC and HONEYWELL INTERNATIONAL, INC. | ) ) ) ) ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | | |

**PRAECIPE**

TO:   Clerk
        United States District Court
         for the District of Delaware
        844 King Street
        Wilmington, DE 19801

It is respectfully requested that the enclosed Alias Summons in a Civil Action to

Honeywell Electronic Materials Inc. be issued in the above case.


Dated: July 24, 2006                    CONNOLLY BOVE LODGE & HUTZ LLP


                                                    /s/ Rudolf E. Hutz
                                                    Rudolf E. Hutz, Esquire
                                                    1007 N. Orange Street
                                                    P.O. Box 2207
                                                    Wilmington, DE 19899
                                                    (302) 658-9141