# UNITED STATES DISTRICT COURT

District of _____ DELAWARE _____

ROHM AND HAAS ELECTRONIC
MATERIALS LLC

        Plaintiff,                      SUMMONS IN A CIVIL CASE

          v.                            CASE NUMBER:  06 - 297

HONEYWELL ELECTRONIC
MATERIALS INC.
and
HONEYWELL SPECIALTY
MATERIALS, LLC
and
HONEYWELL INTERNATIONAL, INC.

        Defendants.

    TO:    Honeywell Specialty Materials, LLC
             c/o Corporation Service Company
             2711 Centerville Road
             Suite 400
             Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

        Rudolf E. Hutz, Esquire
        Connolly Bove Lodge & Hutz LLP
        The Nemours Building
        1007 North Orange Street
        Post Office Box 2207
        Wilmington, Delaware  19899-2207

an answer to the complaint which is served on you with this summons, within 20 (twenty) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____Peter T. Dalleo_____                          _____5/5/06_____
CLERK                                             DATE

_[signature]_
(By) DEPUTY CLERK

• AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me(1) || DATE<br>7/24/06 |
| NAME OF SERVER (PRINT)<br>DENORRIS BRITT || TITLE<br>SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  SERVED : HONEYWELL SPECIALTY MATERIALS, INC C/O CORPORATION SERVICE CO. AT 2711 CENTERVILLE RD. WILMINGTON, DE COPIES THEREOF WERE ACCEPTED BY MARY DRUMMOND

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/24/06
             *Date*

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.