IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROHM AND HAAS ELECTRONIC MATERIALS LLC, <br><br> Plaintiff, <br><br> v. <br><br> HONEYWELL ELECTRONIC MATERIALS INC. and HONEYWELL SPECIALTY MATERIALS, LLC and HONEYWELL INTERNATIONAL, INC. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No. 06-297-GMS <br><br> JURY TRIAL DEMANDED |

**AFFIDAVIT OF MAILING PURSUANT TO 10 DEL. C. § 3104 AND D. DEL. LR 4.1(b)**

DANIEL C. MULVENY, after first being duly sworn, on August 1, 2006, does depose and say:

1. I am an attorney with the law firm of Connolly Bove Lodge & Hutz LLP and represent the Plaintiff in the above-captioned action.

2. I caused a copy of the Complaint, Summons and Civil Information Sheet for non-resident Defendant Honeywell Electronic Materials Inc., and a letter containing the information required by 10 Del. C. § 3104, to be forwarded, via Registered Mail Return Receipt Requested, to Honeywell Electronic Materials Inc. on July 25, 2006.

3. On July 27, 2006, the package referenced in paragraph 2, above, was received by Honeywell Electronic Materials Inc. The original Registered Mail Receipt for said package is attached hereto as Exhibit "A".

*[signature]*
Daniel C. Mulveny (# 3984)

Sworn to and subscribed before on August 1, 2006.

*[signature]*
Notary Public

Valerie J. Murphy
Notary Public
State of Delaware
My commission expires May 12, 2008

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]    ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)  C. Date of Delivery<br>CARLA FERTA    7/27/06 |
| 1. Article Addressed to:<br><br>Corporation Service Company<br>Registered Agent for Honeywell<br>Electronic Materials, Inc.<br>6500 Harbour Heights Pkwy<br>Suite 400<br>Mukilteo, WA 98275 | D. Is delivery address different from item 1? ☑ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail    ☐ Express Mail<br>☐ Registered    ☑ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)    ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7003 1680 0000 8665 3544 |

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540