IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

---------------------------------x
:
:
ROHM AND HAAS ELECTRONIC          :
MATERIALS LLC,                    :
                                  :
                   Plaintiff,     :
                                  :
         v.                       :  CIVIL ACTION NO. 06-297-GMS
                                  :
HONEYWELL ELECTRONIC              :
MATERIALS INC.,                   :
HONEYWELL SPECIALTY               :
MATERIALS LLC,                    :
and HONEYWELL INTERNATIONAL INC., :
                                  :
                   Defendants.    :
                                  :
---------------------------------x

**STIPULATION AND ORDER EXTENDING TIME FOR RESPONSE TO COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the time within which Defendants may answer, move, or otherwise respond to the Complaint is extended by two weeks from August 14, 2006 to August 28, 2006.

This request is made because of the complexity of the matters raised in the Complaint as well as the scheduled vacations of counsel for the Defendants. The requested two week extension will give Defendants the time they need to prepare their response.

CONNOLLY BOVE LODGE & HUTZ LLP

/s/ Rudolf E. Hutz
Rudolf E. Hutz (I.D. #484)
Daniel C. Mulveny (I.D. #3984)
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899-2207
(302) 658-9141
Attorneys for Plaintiff

SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP

/s/ Robert S. Saunders
Robert S. Saunders (I.D. #3027)
Jeremy D. Anderson (I.D. # 4515)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000
Attorneys for Defendants

Of the New York Bar:
Constance S. Huttner
Emily J. Zelenock
Four Times Square
New York, New York 10036-6522
(212) 735-3000

**SO ORDERED** this _____ day of August, 2006.

_____
District Judge