IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROHM AND HAAS ELECTRONIC MATERIALS LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HONEYWELL ELECTRONIC MATERIALS INC. )<br>and )<br>HONEYWELL SPECIALTY MATERIALS, LLC )<br>and )<br>HONEYWELL INTERNATIONAL, INC. )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 06-297-GMS<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S RULE 7.1(a) CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, plaintiff Rohm and Haas Electronic Materials LLC ("RHEM") hereby states that it is 100 percent owned by Rohm and Haas Electronic Materials Holdings, Inc., which in turn is 100 percent owned by Rohm and Haas Holdings LLC, which is in turn 100 percent owned by the Rohm and Haas Company, which is publicly held. No publicly held corporation owns 10% or more of the stock of either RHEM, or its publicly-held parent, Rohm and Haas Company.

                                Respectfully submitted,

Dated: August 7, 2006            <u>/s/ Rudolf E. Hutz</u>
                                        CONNOLLY BOVE LODGE & HUTZ LLP
                                        Rudolf E. Hutz
                                        Daniel C. Mulveny
                                        1007 North Orange Street
                                        P.O. Box 2207
                                        Wilmington, DE  19899-2207
                                        (302) 658-9141 (telephone)
                                        (302) 658-5614 (telefax)

## CERTIFICATE OF SERVICE

    I hereby certify that on August 7, 2006, I electronically filed **PLAINTIFF'S RULE 7.1(a) CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using CM/ECF.

    I hereby certify that on August 7, 2006, I have mailed by Hand Delivery, the document to the following non-registered participant:

        Robert S. Saunders
        Jeremy D. Anderson
        Skadden Arps Slate Meagher & Flom LLP
        One Rodney Square
        P.O. Box 636
        Wilmington, DE 19899-0636

    I hereby certify that on August 7, 2006, I have mailed by First Class Mail, the document to the following non-registered participant:

        Constance S. Huttner
        Emily J. Zelenock
        Skadden Arps Slate Meagher & Flom LLP
        Four Times Square
        New York, NY 10036-6522

        /s/ Rudolf E. Hutz
        Rudolf E. Hutz (#484)
        Daniel C. Mulveny (#3984)
        1007 N. Orange Street
        P. O. Box 2207
        Wilmington, DE 19899-2207
        (302) 658-9141
        *Attorneys for Rohm & Haas Electronic Materials LLC*