IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROHM AND HAAS ELECTRONIC MATERIALS LLC<br><br>*Plaintiff,*<br><br>v.<br><br>HONEYWELL ELECTRONIC MATERIALS INC.,<br>HONEYWELL SPECIALTY MATERIALS, LLC,<br>and HONEYWELL INTERNATIONAL INC.<br><br>*Defendants.* | Civil Action No. 06-297-GMS |

## DEFENDANTS' RULE 7.1(a) CORPORATE DISCLOSURE STATEMENT

Defendants Honeywell Electronic Materials Inc. ("HEM"), Honeywell Specialty Materials, LLC ("HSM"), and Honeywell International Inc. ("Honeywell International") hereby submit their Corporate Disclosure Statement pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure. HEM and HSM are 100 percent owned by Honeywell International. The only

1

publicly held company owning 10% or more of the stock of Honeywell International is State Street Bank & Trust.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: August 28, 2006 | /s/ Robert S. Saunders<br>Robert S. Saunders (I.D. #3027)<br>Jeremy D. Anderson (I.D. #4515)<br>SKADDEN, ARPS, SLATE<br>  MEAGHER & FLOM, LLP<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE 19899<br>Tel: (302) 651.3000<br>Fax: (302) 651.3001<br><br>Constance S. Huttner<br>Emily J. Zelenock<br>SKADDEN, ARPS, SLATE<br>  MEAGHER & FLOM, LLP<br>Four Times Square<br>New York, New York 10036<br>Tel: (212) 735.3000<br>Fax: (212) 735.2000<br><br>ATTORNEYS FOR DEFENDANTS<br>HONEYWELL ELECTRONIC<br>MATERIALS INC., HONEYWELL<br>SPECIALTY MATERIALS, LLC AND<br>HONEYWELL INTERNATIONAL INC. |

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2006, I electronically filed **DEFENDANT'S RULE 7.1(a) CORPORATE DISCLOSURE STATEMENT** with the Clerk of court using CM/ECF and served the following counsel of record via electronic mail using CM/ECF:

Rudolph E. Hutz
Daniel C. Mulveny
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899

/s/ Robert S. Saunders
Robert S. Saunders (I.D. #3027)
Jeremy D. Anderson (I.D. #4515)
SKADDEN, ARPS, SLATE
 MEAGHER & FLOM, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
Tel: (302) 651.3000
Fax: (302) 651.3001

Constance S. Huttner
Emily J. Zelenock
SKADDEN, ARPS, SLATE
 MEAGHER & FLOM, LLP
Four Times Square
New York, New York 10036
Tel: (212) 735.3000
Fax: (212) 735.2000

ATTORNEYS FOR DEFENDANTS
HONEYWELL ELECTRONIC
MATERIALS INC., HONEYWELL
SPECIALTY MATERIALS, LLC, AND
HONEYWELL INTERNATIONAL INC.