IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROHM AND HAAS ELECTRONIC MATERIALS LLC<br><br>    Plaintiff,<br><br>    v.<br><br>HONEYWELL ELECTRONIC MATERIALS INC.<br>and<br>HONEYWELL SPECIALTY MATERIALS, LLC<br>and<br>HONEYWELL INTERNATIONAL INC.<br><br>    Defendants. | Civil Action No. 06-297-GMS<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF, ROHM AND HAAS ELECTRONIC MATERIALS LLC'S
REPLY TO THE COUNTERCLAIMS OF
DEFENDANT HONEYWELL INTERNATIONAL INC.**

Rohm and Haas Electronic Materials LLC ("Rohm and Haas"), by and through its undersigned counsel, hereby files its Reply to the Counterclaims of Defendant Honeywell International Inc. ("Honeywell International") in the above-captioned action. Rohm and Haas' Reply to the Counterclaims employs the same numbered paragraphs, beginning at paragraph 25, as used by Honeywell International in its Answer and Counterclaims (D.I. 10). Except to the extent expressly and specifically admitted herein, such admissions being solely for the purposes of this action and none other, Rohm and Haas denies each and every allegation contained in the Counterclaims.

## REPLY TO THE COUNTERCLAIMS AGAINST ROHM AND HAAS

25. Rohm and Haas admits that the Counterclaims purport to state a cause of action for declaratory judgment allegedly based on claims arising under 35 U.S.C. §§ 1 *et seq.* including 35 U.S.C. § 271, and the Federal Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202. All other allegations in paragraph 25 are denied on the basis that Rohm and Haas lacks knowledge or information sufficient to form a belief as to their truth.

26. Admitted.

27. Admitted.

28. Admitted.

29. Admitted.

30. Admitted.

31. Admitted.

32. Admitted.

### First Counterclaim

### (Declaratory Judgment -- Noninfringement)

33. Rohm and Haas incorporates by reference and restates its replies to paragraphs 25-32 as though fully set forth herein.

34. Denied.

35. Denied.

### Second Counterclaim

### (Declaratory Judgment -- Invalidity)

36. Rohm and Haas incorporates by reference and restates its replies to paragraphs 25-35 as though fully set forth herein.

37. Denied.

38. Denied.

## Third Counterclaim

### (Declaratory Judgment -- Unenforceability)

39. Rohm and Haas incorporates by reference and restates its replies to paragraphs 25-38 as though fully set forth herein.

40. Denied.

41. Denied.

42. Denied.


**RESPONSE TO HONEYWELL INTERNATIONAL'S PRAYER FOR RELIEF**

Rohm and Haas denies that Honeywell International is entitled to any relief as sought in the "Prayer for Relief" of the Counterclaims.


WHEREFORE, Rohm and Haas requests the following relief:

A. An order dismissing all of Honeywell International's Counterclaims with prejudice and denying all relief sought by Honeywell International.

B. An order declaring that the '128 and '864 patents are not-invalid and that they are enforceable and have been infringed by Honeywell International.

Respectfully submitted, on September 15, 2006.

/s/ Rudolf E. Hutz
Rudolf E. Hutz (484)
Daniel C. Mulveny (3984)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207
(302) 658-9141 (telephone)
(302) 658-5614 (telefax)

*Attorneys for Plaintiff Rohm and Haas Electronic Materials LLC*

485372_1.DOC

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2006, I electronically filed **Plaintiff, Rohm and Haas Electronic Materials LLC's Reply to the Counterclaims of Defendant Honeywell International Inc.** with the Clerk of the Court using CM/ECF.

I hereby certify that on September 15, 2006, I have mailed by Hand Delivery, the document to the following non-registered participant:

> Robert S. Saunders
> Jeremy D. Anderson
> Skadden Arps Slate Meagher & Flom LLP
> One Rodney Square
> P.O. Box 636
> Wilmington, DE 19899-0636

I hereby certify that on September 15, 2006, I have mailed by First Class Mail, the document to the following non-registered participant:

> Constance S. Huttner
> Emily J. Zelenock
> Skadden Arps Slate Meagher & Flom LLP
> Four Times Square
> New York, NY 10036-6522

/s/ Rudolf E. Hutz
Rudolf E. Hutz (484)
Daniel C. Mulveny (3984)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207
(302) 658-9141 (telephone)
(302) 658-5614 (telefax)

*Attorneys for Plaintiff Rohm and Haas Electronic Materials LLC*