# CONNOLLY BOVE LODGE & HUTZ LLP

ATTORNEYS AT LAW

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

**Daniel C. Mulveny**
Associate

TEL (302) 884 6593
FAX (302) 658 5614
EMAIL dmulveny@cblh.com
REPLY TO Wilmington Office

19 October 2006

Honorable Gregory M. Sleet
U. S. District Court for the
 District of Delaware
844 North King Street
Wilmington, DE 19801

Re:   **Rohm and Haas Electronic Materials v. Honeywell International Inc.,
       Case 1:06-cv-00297-GMS**

Dear Judge Sleet:

The parties wish to advise the Court that they are filing a corrected Proposed Scheduling Order to correct an error in the previously-filed Proposed Scheduling Order (D.I. 14). The corrected version deletes the last sentence in Paragraph 5 stating: "Each side shall be permitted to take 12 fact depositions." The correct number of depositions is correctly set forth in Paragraph 5(a).

The parties further wish to advise the Court that they have conferred pursuant to Rule 26(f) and the corrected Proposed Scheduling Order reflects the agreed-to proposed discovery plan.

If the Court has any questions, please do not hesitate to contact me.

Very truly yours,

/s/ Daniel C. Mulveny
Connolly Bove Lodge & Hutz LLP

cc:   Emily Zelenock (by email)
      Constance Huttner (by email)
      Jeremy D. Anderson (by email)

DCM/vjm
494515_1.DOC