Format for Pro Hac Vice Motion (Rev. 1/05)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Rohm And Haas Electronic Materials LLC,
Plaintiff,

v.

Honeywell Electronic Materials Inc.,
Honeywell Specialty Materials, LLC,
and Honeywell International Inc.,
Defendants.

Civil Action No. 06-297-GMS

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of <u>Emily J. Zelenock</u> to represent <u>Defendants</u> in this matter.

Signed: _____

Robert S. Saunders (ID# 3027)
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
(302)651-3000

Attorney For:   Honeywell Electronic Materials Inc., Honeywell Specialty Materials, LLC, and Honeywell International Inc.

Date:   October 23, 2006

**ORDER GRANTING MOTION**

    IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____     _____
                                              United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

    Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of <u>New York</u> and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Signed: _____

Dated: 10/20/06

Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2006, I electronically filed **MOTION AND ORDER FOR ADMISSION PRO HAC VICE of Emily J. Zelenock** with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

    Rudolph E. Hutz
    Daniel C. Mulveny
    Connolly, Bove, Lodge & Hutz LLP
    The Nemours Building
    1007 North Orange St.
    P.O. Box 2207
    Wilmington, DE 19899

    /s/ Robert S. Saunders
    Robert S. Saunders (I.D. #3027)
    Jeremy D. Anderson (I.D. #4515)
    SKADDEN, ARPS, SLATE
      MEAGHER & FLOM, LLP
    One Rodney Square
    P.O. Box 636
    Wilmington, DE 19899
    Tel: (302) 651.3000
    Fax: (302) 651.3001

    ATTORNEYS FOR DEFENDANTS
    HONEYWELL ELECTRONIC
    MATERIALS INC., HONEYWELL
    SPECIALTY MATERIALS, LLC, AND
    HONEYWELL INTERNATIONAL INC.