# CONNOLLY BOVE LODGE & HUTZ LLP
ATTORNEYS AT LAW

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

Rudolf E. Hutz
Partner

TEL (302) 888-6266
FAX (302) 656-9072
EMAIL rhutz@cblh.com
REPLY TO Wilmington Office

November 8, 2006

Honorable Gregory M. Sleet
U. S. District Court for the
  District of Delaware
844 North King Street
Wilmington, DE 19801

Re:   **Rohm and Haas Electronic Materials v. Honeywell International Inc.,
      Case 1:06-cv-00297-GMS**

Dear Judge Sleet:

Pursuant to your instructions during the scheduling conference on November 1, 2006, we are submitting a proposed Scheduling Order that includes the dates set by the Court. Regarding the dates the Court left to be determined by counsel, the parties have met and agreed to those dates.

If the Court has any questions, please do not hesitate to contact me.

Very truly yours,

/s/ Rudolf E. Hutz
Connolly Bove Lodge & Hutz LLP

cc:   Emily Zelenock (by email)
      Constance Huttner (by email)
      Jeremy D. Anderson (by email)

498603_1.DOC