## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROHM AND HAAS ELECTRONIC MATERIALS LLC, | : |
| | : |
| *Plaintiff,* | : |
| | : |
| v. | : CIVIL ACTION NO. 06-297-GMS |
| | : |
| HONEYWELL ELECTRONIC MATERIALS INC., HONEYWELL SPECIALTY MATERIALS, LLC, and HONEYWELL INTERNATIONAL INC., | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| *Defendants.* | : |

## NOTICE OF SERVICE

The undersigned counsel, as attorneys for Defendant, Counterclaim-Plaintiff, certifies that Honeywell International Inc.'s First Set of Requests For Production of Documents, Electronically Stored Information, and Things (Nos. 1-28) Directed To Plaintiff Rohm and Haas Electronic Materials LLC were served on the following counsel of record together with this Notice of Service on the 14th day of November, 2006 by hand delivery:

Rudolf E. Hutz (I.D. #484)
Daniel C. Mulveny (I.D. #3984)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899-2207
(302) 658-9141
Attorneys for Plaintiff


By:     /s/ Jeremy D. Anderson
        Robert S. Saunders (I.D. #3027)
        Jeremy D. Anderson (I.D. #4515)
        SKADDEN, ARPS, SLATE,
          MEAGHER & FLOM LLP
        One Rodney Square
        P.O. Box 636
        Wilmington, Delaware 19899-0636
        Tel: (302) 651-3000
        Fax: (302) 651-3001

        Constance S. Huttner
        Emily J. Zelenock
        SKADDEN, ARPS, SLATE
          MEAGHER & FLOM, LLP
        Four Times Square
        New York, New York 10036
        Tel: (212) 735-3000
        Fax: (212) 735-2000

        ATTORNEYS FOR DEFENDANT,
        COUNTERCLAIM-PLAINTIFF
        HONEYWELL INTERNATIONAL
        INC.

DATED:  November 14, 2006