IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROHM AND HAAS ELECTRONIC MATERIALS LLC, | : : : | |
| *Plaintiff*, | : : | |
| v. | : : | CIVIL ACTION NO. 06-297-GMS |
| HONEYWELL ELECTRONIC MATERIALS INC., HONEYWELL SPECIALTY MATERIALS, LLC, and HONEYWELL INTERNATIONAL INC., | : : : : : : | |
| *Defendants*. | : : | |

**NOTICE OF SERVICE**

The undersigned counsel, as attorneys for Defendant, Counterclaim-Plaintiff, certifies that Honeywell International Inc.'s First Set of Interrogatories (Nos. 1-16) Directed To Plaintiff Rohm and Haas Electronic Materials LLC were served on the following counsel of record together with this Notice of Service on the 14th day of November, 2006 by hand delivery:

> Rudolf E. Hutz (I.D. #484)
> Daniel C. Mulveny (I.D. #3984)
> CONNOLLY BOVE LODGE & HUTZ LLP
> 1007 North Orange Street
> P.O. Box 2207
> Wilmington, Delaware 19899-2207
> (302) 658-9141
> Attorneys for Plaintiff

By:    /s/ Jeremy D. Anderson
Robert S. Saunders (I.D. #3027)
Jeremy D. Anderson (I.D. #4515)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Tel: (302) 651-3000
Fax: (302) 651-3001

Constance S. Huttner
Emily J. Zelenock
SKADDEN, ARPS, SLATE
  MEAGHER & FLOM, LLP
Four Times Square
New York, New York 10036
Tel: (212) 735-3000
Fax: (212) 735-2000

ATTORNEYS FOR DEFENDANT
COUNTERCLAIM-PLAINTIFF
HONEYWELL INTERNATIONAL
INC.

DATED: November 14, 2006