## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROHM AND HAAS ELECTRONIC MATERIALS LLC | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 06-297-GMS |
| v. | ) ) | |
| HONEYWELL INTERNATIONAL INC. | ) ) | |
| Defendant. | ) ) | |

### NOTICE OF SERVICE

The undersigned, counsel for Rohm & Haas Electronic Materials LLC, hereby certifies that copies of Plaintiff Rohm and Haas Electronic Materials LLC's First Set of Interrogatories (1-14) to Defendant Honeywell International Inc. and Plaintiff Rohm and Haas Electronic Materials LLC's First Set of Requests for Production of Documents, Electronically Stored Information, and Things (1-90) to Defendant Honeywell International Inc. were caused to be served on November 20, 2006 on the counsel listed below:

**By Hand Delivery**
Robert S. Saunders
Jeremy D. Anderson
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

**By First Class Mail**
Constance S. Huttner
Emily J. Zelenock
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036-6522

Dated:  November 21, 2006

/s/ Rudolf E. Hutz
Rudolf E. Hutz (484)
Daniel C. Mulveny (3984)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899-2207
(302) 658-9141 (telephone)
(302) 658-5614 (telefax)

*Attorneys for Plaintiff Rohm and Haas Electronic
Materials LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2006, I electronically filed Notice of Service with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

> Robert S. Saunders
> Jeremy D. Anderson
> Skadden Arps Slate Meagher & Flom LLP
> One Rodney Square
> P.O. Box 636
> Wilmington, DE 19899-0636

I hereby certify that on November 21, 2006, I have mailed by First Class Mail, the document(s) to the following non-registered participant:

> Constance S. Huttner
> Emily J. Zelenock
> Skadden Arps Slate Meagher & Flom LLP
> Four Times Square
> New York, NY 10036-6522

> /s/ Rudolf E. Hutz
> Rudolf E. Hutz (484)
> Daniel C. Mulveny (3984)
> CONNOLLY BOVE LODGE & HUTZ LLP
> 1007 North Orange Street
> P.O. Box 2207
> Wilmington, DE  19899-2207
> (302) 658-9141 (telephone)
> (302) 658-5614 (telefax)
>
> *Attorneys for Plaintiff Rohm and Haas Electronic Materials LLC*