IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROHM AND HAAS ELECTRONIC MATERIALS LLC )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HONEYWELL INTERNATIONAL INC. )<br>)<br>Defendant. )<br>_____) | Civil Action No. 06-297-GMS |

**STIPULATION AND ORDER EXTENDING TIME
TO FILE PROTECTIVE ORDER**

IT IS HEREBY ORDERED AND AGREED, subject to the approval of the Court, that the time within which the parties shall submit a proposed protective order with the Court, pursuant to paragraph 6 of the scheduling order (D.I. 23), is extended by ten business days from November 28, 2006 to December 12, 2006.

The parties are currently in discussions as to the form of the proposed protective order. This request for an extension of time is being made in view of the upcoming Thanksgiving Day holiday, as the parties are unable to continue their discussions and agree upon a protective order because of conflicting holiday schedules. The requested ten day extension will provide the parties sufficient time to finalize and submit a proposed protective order.

| CONNOLLY BOVE LODGE & HUTZ LLP | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
|---|---|
| <u>/s/ Daniel C. Mulveny</u><br>Rudolf E. Hutz (I.D.#484)<br>Daniel C. Mulveny (I.D.#3984)<br>The Nemours Building<br>1007 North Orange St.<br>P.O. Box 2207<br>Wilmington, DE  19899<br>(302) 658-9141<br><br>*Attorneys for Plaintiff* | <u>/s/ Jeremy D. Anderson</u><br>Robert S. Saunders (I.D.#3027)<br>Jeremy D. Anderson (I.D.#4515)<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE 19899<br>(302) 651-3000<br><br>Constance S. Huttner<br>Emily J. Zelenock<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br><br>*Attorneys for Defendant* |

**SO ORDERED** this _____ day of November, 2006.

500981_1.DOC