SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE

NEW YORK 10036-6522

———

TEL: (212) 735-3000
FAX: (212) 735-2000
http://www.skadden.com

DIRECT DIAL
(212) 735-2038
DIRECT FAX
(917) 777-2038
EMAIL ADDRESS
CHUTTNER@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEWARK
PALO ALTO
RESTON
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO

December 5, 2006

**VIA HAND DELIVERY**
The Honorable Gregory M. Sleet
U. S. District Court for the
   District of Delaware
844 North King Street
Wilmington, DE 19801

RE:   *Rohm and Haas Electronic Materials LLC v. Honeywell International Inc.*, Case No. 06-297-GMS

Dear Judge Sleet:

   We write on behalf of Honeywell International Inc. ("Honeywell") in connection with the above-captioned patent infringement litigation. Your Honor will recall that we advised you at the last Scheduling Conference on November 1, 2006, that we intended within thirty days to seek a reexamination of at least one of the two patents that the Plaintiff has asserted in this litigation -- U.S. Patent Nos. 6,472,128 B2 and 6,773,864 B1. We have now complied with this representation by filing requests for reexamination of both patents in suit on December 1, 2006.

   As discussed at the Conference, we plan to ask Your Honor to stay this litigation pending the outcome of the reexamination proceedings we have asked the PTO to initiate, if the Plaintiff will not agree to a voluntary stay of proceedings. We anticipate that we will promptly file our stay motion after discussing it with Plaintiff's counsel this week.

Very truly yours,

/s/ Constance S. Huttner
Constance S. Huttner

cc:   Rudolf E. Hutz, Esq.
      Daniel C. Mulveny, Esq.