## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| ROHM AND HAAS ELECTRONIC MATERIALS LLC, | § § § § § | |
| *Plaintiff,* | § § | Civil Action No. 06-297-GMS |
| v. | § § | |
| HONEYWELL INTERNATIONAL INC., | § § | |
| *Defendant.* | § § § | |

### HONEYWELL INTERNATIONAL INC.'S
### MOTION TO STAY LITIGATION PENDING
### REEXAMINATION OF THE PATENTS

Defendant Honeywell International Inc., by and through its undersigned counsel, hereby moves to stay this litigation pending reexamination of U.S. Patent Nos. 6,472,128 ("the '128 patent") and 6,773,864 ("the '864 patent") by the United States Patent and Trademark Office.  The grounds for this motion are set forth in an accompanying memorandum.  A proposed form of order is attached.

Pursuant to Local Rule 7.1.1, attorneys for Defendant state that they have made a reasonable effort to reach agreement with attorneys for Plaintiff concerning the matters set forth in this motion.

/s/ Jeremy D. Anderson
Robert S. Saunders (I.D. #3027)
Jeremy D. Anderson (I.D. #4515)
SKADDEN, ARPS, SLATE
  MEAGHER & FLOM, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
Tel: (302) 651.3000
Fax: (302) 651.3001

Constance S. Huttner
Emily J. Zelenock
Stacey L. Cohen
SKADDEN, ARPS, SLATE
  MEAGHER & FLOM, LLP
Four Times Square
New York, New York 10036
Tel: (212) 735.3000
Fax: (212) 735.2000

ATTORNEYS FOR DEFENDANT,
COUNTERCLAIM-PLAINTIFF
HONEYWELL INTERNATIONAL INC.

Dated:  December 12, 2006

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| | § | |
| | § | |
| ROHM AND HAAS ELECTRONIC | § | |
| MATERIALS LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | Civil Action No. 06-297-GMS |
| v. | § | |
| | § | |
| HONEYWELL INTERNATIONAL INC., | § | |
| | § | |
| *Defendant.* | § | |
| | § | |
| | § | |

## ORDER

This _____ day of _____, 2007, the Court having considered

Defendant's Motion To Stay Litigation Pending Reexamination Of The Patents (the "Motion"),

IT IS HEREBY ORDERED THAT:

    1.    Defendant's Motion is GRANTED.

    2.    This action is stayed pending the United States Patent and Trademark

Office's ("PTO") decision regarding Defendant's requests for reexamination of U.S. Patent Nos.

6,472,128 ("the '128 patent") and 6,773,864 ("the '864 patent") (collectively, the "Patents").

    3.    This action is stayed pending the conclusion of any reexamination

proceedings undertaken by the PTO as a result of Defendant's requests.


                                        _____
HON. GREGORY M. SLEET
United States District Judge