IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROHM AND HAAS ELECTRONIC ) <br> MATERIALS LLC ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HONEYWELL INTERNATIONAL INC. ) <br> ) <br> Defendant. ) <br> _____) | Civil Action No. 06-297-GMS |

## NOTICE OF SERVICE

The undersigned, counsel for Rohm & Haas Electronic Materials LLC, hereby certifies that copies of Plaintiff Rohm & Haas Electronic Materials LLC's Responses to Defendant Honeywell International Inc.'s First Set of Interrogatories and Plaintiff Rohm & Haas Electronic Materials LLC's Responses to Honeywell International Inc.'s First Set of Requests for Production of Documents, Electronically Stored Information and Things (Nos. 1-28) were caused to be served on December 14, 2006 on the counsel listed below:

**By Hand Delivery**
Robert S. Saunders
Jeremy D. Anderson
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

**By First Class Mail**
Constance S. Huttner
Emily J. Zelenock
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036-6522

Dated: December 14, 2006           /s/ Rudolf E. Hutz
                                   Rudolf E. Hutz (484)
                                   Daniel C. Mulveny (3984)
                                   CONNOLLY BOVE LODGE & HUTZ LLP
                                   1007 North Orange Street
                                   P.O. Box 2207
                                   Wilmington, DE 19899-2207
                                   (302) 658-9141 (telephone)
                                   (302) 658-5614 (telefax)

                                   *Attorneys for Plaintiff Rohm and Haas Electronic Materials LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2006, I electronically filed Notice of Service with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>Robert S. Saunders
>Jeremy D. Anderson
>Skadden Arps Slate Meagher & Flom LLP
>One Rodney Square
>P.O. Box 636
>Wilmington, DE 19899-0636

I hereby certify that on December 14, 2006, I have mailed by First Class Mail, the document(s) to the following non-registered participant:

>Constance S. Huttner
>Emily J. Zelenock
>Skadden Arps Slate Meagher & Flom LLP
>Four Times Square
>New York, NY 10036-6522

>/s/ Rudolf E. Hutz
>Rudolf E. Hutz (484)
>Daniel C. Mulveny (3984)
>CONNOLLY BOVE LODGE & HUTZ LLP
>1007 North Orange Street
>P.O. Box 2207
>Wilmington, DE 19899-2207
>(302) 658-9141 (telephone)
>(302) 658-5614 (telefax)
>
>*Attorneys for Plaintiff Rohm and Haas Electronic Materials LLC*