IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROHM AND HAAS ELECTRONIC MATERIALS LLC | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 06-297-GMS |
| v. | ) ) ) | |
| HONEYWELL INTERNATIONAL INC. | ) ) | |
| Defendant. | ) ) | |

**STIPULATION AND ORDER EXTENDING TIME
FOR HONEYWELL INTERNATIONAL INC.
TO RESPOND TO ROHM AND HAAS ELECTRONIC
MATERIAL LLC'S FIRST SET OF INTERROGATORIES**

IT IS HEREBY ORDERED AND AGREED, subject to the approval of the Court, that the time within which Honeywell International Inc. ("Honeywell") shall respond to Rohm and Haas Electronic Material LLC's First Set of Interrogatories is extended from December 20, 2006 to January 5, 2007.

This request is made in light of the fact that, due to conflicting holiday and vacation schedules, counsel and relevant personnel at Honeywell will be unavailable for consultation regarding, and verification of, the interrogatory responses until January 2, 2007.

| | |
|---|---|
| CONNOLLY BOVE<br>LODGE & HUTZ LLP | SKADDEN, ARPS, SLATE,<br>MEAGHER & FLOM LLP |
| /s/ Daniel C. Mulveny<br>Rudolf E. Hutz (I.D.#484)<br>Daniel C. Mulveny (I.D.#3984)<br>The Nemours Building<br>1007 North Orange St.<br>P.O. Box 2207<br>Wilmington, DE 19899<br>(302) 658-9141<br><br>*Attorneys for Plaintiff* | /s/ Jeremy D. Anderson<br>Robert S. Saunders (I.D.#3027)<br>Jeremy D. Anderson (I.D.#4515)<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE 19899<br>(302) 651-3000<br><br>Constance S. Huttner<br>Emily J. Zelenock<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br><br>*Attorneys for Defendant* |

**SO ORDERED** this _____ day of December, 2006.

_____
District Court Judge

640615-New York Server 4A - MSW