IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROHM AND HAAS ELECTRONIC MATERIALS LLC ) ) ) Plaintiff, ) ) v. ) ) HONEYWELL INTERNATIONAL INC. ) ) Defendant. ) ) | Civil Action No. 06-297-GMS |

**STIPULATION AND ORDER EXTENDING TIME FOR HONEYWELL INTERNATIONAL INC. TO FILE ITS REPLY IN SUPPORT OF ITS MOTION TO STAY LITIGATION PENDING REEXAMINATION OF THE PATENTS**

IT IS HEREBY ORDERED AND AGREED, subject to the approval of the Court, that the time within which Honeywell International Inc. ("Honeywell") shall file its Reply in Support of its Motion to Stay Litigation Pending Reexamination of the Patents is extended two (2) days, from January 3, 2007 to January 5, 2007.

This request is made in light of the fact that, due to conflicting vacation schedules between the Christmas and New Year's Day holidays, counsel and relevant personnel at Honeywell are unavailable for consultation regarding the Reply until at least January 2, 2007.

| | |
|---|---|
| CONNOLLY BOVE<br>LODGE & HUTZ LLP | SKADDEN, ARPS, SLATE,<br>MEAGHER & FLOM LLP |
| /s/ Daniel C. Mulveny<br>Rudolf E. Hutz (I.D.#484)<br>Daniel C. Mulveny (I.D.#3984)<br>The Nemours Building<br>1007 North Orange St.<br>P.O. Box 2207<br>Wilmington, DE 19899<br>(302) 658-9141<br><br>*Attorneys for Plaintiff* | /s/ Jeremy D. Anderson<br>Robert S. Saunders (I.D.#3027)<br>Jeremy D. Anderson (I.D.#4515)<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE 19899<br>(302) 651-3000<br><br>Constance S. Huttner<br>Emily J. Zelenock<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br><br>*Attorneys for Defendant* |

**SO ORDERED** this _____ day of December, 2006.

_____
District Court Judge