# DOCUMENT FILED UNDER SEAL

# EXHIBITS G-I
# FILED
# UNDER SEAL