IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROHM AND HAAS ELECTRONIC MATERIALS LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> HONEYWELL INTERNATIONAL INC., <br><br> *Defendant.* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 06-297-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that Defendant Honeywell International Inc.'s Responses to Plaintiff Rohm and Haas Electronic Materials LLC's First Set of Interrogatories (Nos. 1-14) and Defendant Honeywell International Inc.'s Responses and Objections to Plaintiff Rohm and Haas Electronic Materials LLC's First Set of Requests for Production of Documents, Electronically Stored Information, And Things (Nos. 1-90) were served via electronic transmission on January 5, 2007 and via hand-delivery on January 8, 2007 to the following counsel of record:

>Rudolf E. Hutz
>Daniel C. Mulveny
>CONNOLLY, BOVE, LODGE & HUTZ LLP
>The Nemours Building
>1007 North Orange Street
>P.O. Box 2207
>Wilmington, Delaware 19899
>***Attorneys for Plaintiff***
>***Rohm and Haas Electronic***
>***Materials LLC***

/s/ Jeremy D. Anderson
Robert S. Saunders (I.D. #3027)
Jeremy D. Anderson (I.D. #4515)
SKADDEN, ARPS, SLATE
  MEAGHER & FLOM, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
Tel: (302) 651.3000
Fax: (302) 651.3001


OF COUNSEL:
Constance S. Huttner
Emily J. Zelenock
Stacey L. Cohen
SKADDEN, ARPS, SLATE
  MEAGHER & FLOM, LLP
Four Times Square
New York, New York 10036
Tel: (212) 735.3000
Fax: (212) 735.2000
*Attorneys for Defendant,
Counterclaim-Plaintiff
Honeywell International Inc.*