IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROHM and HAAS ELECTRONIC MATERIALS LLC, | : |
| Plaintiff, | : |
| v. | : No. 06-297 GMS |
| HONEYWELL ELECTRONIC MATERIALS INC., HONEYWELL SPECIALTY MATERIALS, LLC, and HONEYWELL INTERNATIONAL INC., | : |
| Defendants. | : |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of James D. Taylor, Jr., Esquire of Buchanan Ingersoll & Rooney PC as counsel for Defendants Honeywell Electronic Materials Inc., Honeywell Specialty Materials, LLC and Honeywell International, Inc. in the above-captioned action.

BUCHANAN INGERSOLL & ROONEY PC

_____
James D. Taylor, Jr., Esquire (No. 4009)
1000 West Street, Suite 1410
Wilmington, Delaware 19801
(302) 552-4200
*Attorneys for Defendants*

March 27, 2007

#1006467-v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROHN and HAAS ELECTRONIC<br>MATERIALS LLC<br><br>      Plaintiff,<br><br>    v.<br><br>HONEYWELL ELECTRONIC<br>MATERIALS INC., HONEYWELL SPECIALTY<br>MATERIALS, LLC, and HONEYWELL<br>INTERNATIONAL INC.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 06-297 GMS<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

I, James D. Taylor, Jr., hereby certify that on March 27, 2007, I electronically filed the **Entry of Appearance** with the Clerk of Court using CM/ECF which will send notification of such filing to counsel of record.

                                              BUCHANAN INGERSOLL & ROONEY PC

                                              BY: _____
                                                   James D. Taylor, Jr., Esq.(#4009)
                                                   The Brandywine Building
                                                   1000 West Street, Suite 1410
                                                   Wilmington, DE 19801
                                                   (302) 552-4200
                                                   james.taylor@bipc.com

#1005739-v1