IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROHM AND HAAS ELECTRONIC MATERIALS LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>HONEYWELL INTERNATIONAL INC.,<br><br>*Defendant.* | Civil Action No. 06-297-GMS |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 83.7, the law firm of Skadden, Arps, Slate, Meagher & Flom LLP hereby withdraws as attorneys for defendant and counter-claimant Honeywell International Inc. ("Honeywell") in the above-titled action. Defendant and counter-claimant Honeywell remains represented by the law firm of Buchanan Ingersoll & Rooney PC and its attorneys.

OF COUNSEL:
Emily J. Zelenock, Esq.
Stacey L. Cohen, Esq.
SKADDEN, ARPS, SLATE
  MEAGHER & FLOM, LLP
Four Times Square
New York, New York 10036
Tel: (212) 735.3000
Fax: (212) 735.2000

*/s/ Jeremy D. Anderson*
Robert S. Saunders (I.D. #3027)
Jeremy D. Anderson (I.D. #4515)
SKADDEN, ARPS, SLATE
  MEAGHER & FLOM, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
Tel: (302) 651.3000
Fax: (302) 651.3001

DATED: March 27, 2007