IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROHM and HAAS ELECTRONIC MATERIALS LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>HONEYWELL ELECTRONIC MATERIALS INC., HONEYWELL SPECIALTY MATERIALS, LLC, and HONEYWELL INTERNATIONAL INC.,<br><br>        Defendants. | :<br>:<br>:<br>:<br>:    No. 06-297 GMS<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**NOTICE REGARDING CHANGE OF FIRM AND ADDRESS FOR
CONSTANCE S. HUTTNER, ESQ., ADMITTED *PRO HAC VICE***

    **PLEASE TAKE NOTICE** that Constance S. Huttner, Esquire, admitted *Pro Hac Vice* on behalf of Defendants Honeywell Electronic Materials Inc., Honeywell Specialty Materials, LLC, and Honeywell International, Inc., has changed firms effective February 26, 2007. Please direct all future pleadings and correspondence to:

Constance S. Huttner, Esquire
Buchanan Ingersoll & Rooney PC
One Chase Manhattan Plaza, 35th Floor
New York, NY 10005-1417
(212) 440-4426
constance.huttner@bipc.com

Date: March 27, 2007                                    **BUCHANAN INGERSOLL & ROONEY PC**

                                                                    /s/ James D. Taylor, Jr.
                                                                    James D. Taylor, Jr., Esq. (No. 4009)
                                                                    1000 West Street, Suite 1410
                                                                    Wilmington, Delaware 19801
                                                                    Telephone: (302) 552-4200
                                                                    Facsimile: (302) 552-4295
                                                                    E-mail: james.taylor@bipc.com
                                                                    *Attorneys for Defendants*