IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROHM AND HAAS ELECTRONIC MATERIALS LLC,<br><br>Plaintiff,<br><br>v.<br><br>HONEYWELL INTERNATIONAL INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>) Civil Action No. 06-297 GMS<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATED AMENDED SCHEDULING ORDER

It is hereby stipulated, by and between the parties, and subject to the approval of the Court, that paragraph 3 of the November 13, 2006 Scheduling Order be amended by extending the date for disclosures relating to Reliance Upon Advice of Counsel from April 2, 2007 until May 1, 2007. Paragraph 3 of the Scheduling Order shall now read:

> 3. **Reliance Upon Advice of Counsel**: Defendant shall inform plaintiffs whether it intends to rely upon advice of counsel as a defense to willful infringement no later than **May 1, 2007**. If defendant elects to rely upon advice of counsel as a defense to willful infringement, defendant shall produce any such opinions on which defendant intends to rely to plaintiff no later than **May 1, 2007**.

All other provisions of the Court's November 13, 2006 Scheduling Order shall remain unchanged.

| | |
|---|---|
| CONNOLLY BOVE LODGE & HUTZ | BUCHANAN INGERSOLL & ROONEY |
| | |
| /s/ Daniel C. Mulveny | /s/ James D. Taylor, Jr. |
| Daniel C. Mulveny, Esquire (#3984) | James D. Taylor, Jr., Esquire (#4009) |
| 1007 N. Orange Street | 1000 West Street, Suite 1410 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 658-9141 | (302) 552-4200 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

IT IS SO ORDERED this _____ day of _____, 2007

_____
The Honorable Gregory M. Sleet
U.S. District Court Judge

#1006543-v1