IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROHM AND HAAS ELECTRONIC )<br>MATERIALS LLC )<br> )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>HONEYWELL INTERNATIONAL INC. )<br> )<br>    Defendant. )<br>_____) | Civil Action No. 06-297-GMS |

## PLAINTIFF'S NOTICE OF DEPOSITION OF AL GARDNER

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that beginning on July 20, 2007 at 9:30 a.m., at the offices of Connolly Bove Lodge and Hutz LLP, 1007 N. Orange Street, Wilmington, Delaware, 19899, counsel for Plaintiff Rohm and Haas Electronic Materials LLC will take, pursuant to Federal Rules of Civil Procedure 28 and 30, the deposition upon oral examination of Al Gardner.

The deposition will be taken before an officer authorized to administer oaths and will continue from hour to hour and day to day until completed. You are invited to attend and cross-examine.

Please be advised that this deposition may be recorded by videotape in addition to stenographic recording, which will include the use of LiveNote real time transcription.

Date: June 20, 2007                    CONNOLLY BOVE LODGE & HUTZ LLP

<u>/s/ Daniel C. Mulveny</u>
Rudolf E. Hutz (#484)
Daniel C. Mulveny (#3984)
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899-2207
(302) 658-9141
*Attorneys for Plaintiff*

546118-1

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2007, I electronically filed **PLAINTIFF'S NOTICE OF DEPOSITION OF AL GARDNER** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

James D. Taylor, Jr.
Buchanan Ingersoll & Rooney PC
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

I hereby certify that on June 20, 2007, I have mailed by First Class Mail, the document(s) to the following non-registered participant:

Constance S. Huttner
Buchanan Ingersoll & Rooney PC
One Chase Manhattan Plaza, 35th Floor
New York, NY 10005-1417

      /s/ Daniel C. Mulveny
Rudolf E. Hutz (484)
Daniel C. Mulveny (3984)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207
(302) 658-9141 (telephone)
(302) 658-5614 (telefax)
*Attorneys for Plaintiff*