**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ROHM AND HAAS ELECTRONIC MATERIALS LLC | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 06-297-GMS |
| v. | ) ) | |
| HONEYWELL INTERNATIONAL INC. | ) ) | |
| Defendant. | ) ) | |

**NOTICE OF SERVICE**

The undersigned, counsel for Rohm & Haas Electronic Materials LLC, hereby certifies that

copies of **PLAINTIFF ROHM AND HAAS ELECTRONIC MATERIALS LLC'S SECOND SET**

**OF REQUESTS FOR PRODUCTION OF DOCUMENTS, ELECTRONICALLY STORED**

**INFORMATION, AND THINGS (91-137) TO DEFENDANT HONEYWELL**

**INTERNATIONAL INC., PLAINTIFF ROHM AND HAAS ELECTRONIC MATERIALS**

**LLC'S FIRST SET OF REQUESTS FOR ADMISSION (1-14) TO DEFENDANT**

**HONEYWELL INTERNATIONAL INC., AND PLAINTIFF ROHM AND HAAS**

**ELECTRONIC MATERIALS LLC'S SECOND SET OF INTERROGATORIES (15-33)**

**TO DEFENDANT HONEYWELL INTERNATIONAL INC.** were caused to be served on June 20,

2007 on the counsel listed below:

> **By Hand Delivery**
> James D. Taylor, Jr.
> Buchanan Ingersoll & Rooney PC
> The Brandywine Building
> 1000 West Street, Suite 1410
> Wilmington, DE 19801

**By First Class Mail**
Constance S. Huttner
Buchanan Ingersoll & Rooney PC
One Chase Manhattan Plaza, 35th Floor
New York, NY 10005-1417


Dated:  June 20, 2007                 /s/ Daniel C. Mulveny
                                      Rudolf E. Hutz (484)
                                      Daniel C. Mulveny (3984)
                                      CONNOLLY BOVE LODGE & HUTZ LLP
                                      1007 North Orange Street
                                      P.O. Box 2207
                                      Wilmington, DE  19899-2207
                                      (302) 658-9141 (telephone)
                                      (302) 658-5614 (telefax)
                                      *Attorneys for Plaintiff*

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2007, I electronically filed Notice of Service with

the Clerk of the Court using CM/ECF which will send notification of such filing to the

following:

> James D. Taylor, Jr.
> Buchanan Ingersoll & Rooney PC
> The Brandywine Building
> 1000 West Street, Suite 1410
> Wilmington, DE 19801

I hereby certify that on June 20, 2007, I have mailed by First Class Mail, the

document(s) to the following non-registered participant:

> Constance S. Huttner
> Buchanan Ingersoll & Rooney PC
> One Chase Manhattan Plaza, 35th Floor
> New York, NY 10005-1417

> /s/ Daniel C. Mulveny
> Rudolf E. Hutz (484)
> Daniel C. Mulveny (3984)
> CONNOLLY BOVE LODGE & HUTZ LLP
> 1007 North Orange Street
> P.O. Box 2207
> Wilmington, DE  19899-2207
> (302) 658-9141 (telephone)
> (302) 658-5614 (telefax)
> *Attorneys for Plaintiff*