IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROHM AND HAAS ELECTRONIC MATERIALS LLC,<br><br>Plaintiff,<br><br>v.<br><br>HONEYWELL INTERNATIONAL INC.,<br><br>Defendant. | Civil Action No.: 06-297-GMS |

## NOTICE OF DEPOSITION

TO: Rudolf E. Hutz, Esquire (#484)
Daniel C. Mulveny, Esquire (#3984)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

PLEASE TAKE NOTICE that counsel for Defendant Honeywell International Inc., pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, will take the oral deposition of the following agent of Plaintiff Rohm and Haas Electronic Materials LLC, in the offices of Buchanan Ingersoll & Rooney PC, One Chase Manhattan Plaza, 35th Floor, New York, NY 10005-1417, as follows:

**Mary Richey- July 18, 2007, beginning at 10:00 a.m.**

The foregoing deposition will be taken by a notary public, court reporter, or other authorized person and will continue from day to day until completed. The deposition will be recorded by stenographic means and may be videotaped.

Dated: June 21, 2007

BUCHANAN INGERSOLL & ROONEY PC

*[signature: Jennifer Becnel-Guzzo]*

James D. Taylor, Jr., Esquire (#4009)
Jennifer M. Becnel-Guzzo, Esquire (#4492)
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200
james.taylor@bipc.com
jennifer.becnelguzzo@bipc.com

Constance S. Huttner, Esquire
Admitted *Pro Hac*
BUCHANAN INGERSOLL & ROONEY PC
One Chase Manhattan Plaza, 35th Floor
New York, NY 10005-1417
(212) 440-4426
constance.huttner@bipc.com

*Attorneys for Defendant*
*Honeywell International Inc.*