IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROHM AND HAAS ELECTRONIC MATERIALS LLC )<br>)<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>HONEYWELL INTERNATIONAL INC. )<br>)<br>    Defendant. )<br>) | Civil Action No. 06-297-GMS |

**STIPULATED EXTENSION OF TIME**

It is hereby stipulated, by and between the parties, subject to the approval of the Court, as follows: The parties have an reached an agreement to settle this case and are in the process of completing and executing a formal agreement that is acceptable to both parties. To provide time to complete and execute the agreement, the parties have agreed that the deadline to submit a joint claim chart in this case shall be extended one week until **July 9, 2007**.

DATED: July 2, 2007

/s/ Daniel C. Mulveny
Daniel C. Mulveny, Esquire (#3984)
1007 N. Orange Street
Wilmington, DE. 19801
(302) 658-9141
*Attorneys for Plaintiff*

/s/ James D. Taylor, Jr.
James D. Taylor, Jr., Esquire (#4009)
1000 West Street, Suite 1410
Wilmington, DE. 19801
(302) 552-4200
*Attorneys for Defendant*

    IT IS SO ORDERED this _____ day of June, 2007

_____
The Honorable Gregory M. Sleet
U.S. District Court Judge

550421_1.DOC