# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROHM AND HAAS ELECTRONIC MATERIALS LLC | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 06-297-GMS |
| v. | ) ) | |
| HONEYWELL INTERNATIONAL INC. | ) ) | |
| Defendant. | ) ) ) | |

## STIPULATED EXTENSION OF TIME

It is hereby stipulated, by and between the parties, subject to the approval of the Court, as follows: The parties have an reached an agreement to settle this case and are continue to be in the process of completing and executing a formal agreement that is acceptable to both parties. To provide time to complete and execute the agreement, the parties have agreed that the deadline to submit a joint claim chart in this case shall be extended one week until **July 16, 2007**.

DATED: July 9, 2007


/s/ Daniel C. Mulveny                    /s/ James D. Taylor, Jr.
Daniel C. Mulveny, Esquire (#3984)       James D. Taylor, Jr., Esquire (#4009)
1007 N. Orange Street                    1000 West Street, Suite 1410
Wilmington, DE. 19801                    Wilmington, DE. 19801
(302) 658-9141                           (302) 552-4200
*Attorneys for Plaintiff*                *Attorneys for Defendant*

IT IS SO ORDERED this _____ day of June, 2007

_____
The Honorable Gregory M. Sleet
U.S. District Court Judge

551591_1.DOC