# CONNOLLY BOVE LODGE & HUTZ LLP

ATTORNEYS AT LAW

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

**Daniel C. Mulveny**
Associate

TEL (302) 884 6593
FAX (302) 658 5614
EMAIL dmulveny@cblh.com
REPLY TO Wilmington Office

18 July 2007

**By Electronic Filing**

Honorable Gregory M. Sleet, U.S.D.J.
U. S. District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

Re:  **Rohm and Haas Electronic Materials v. Honeywell International Inc.,
Case No. 1:06-cv-00297-GMS**

Dear Judge Sleet:

The Parties wish to advise the Court that they have reached a settlement of the above-referenced case. Presently, the parties are exchanging signed agreements and after that process has been completed, the parties will submit a stipulation of dismissal.

If the Court has any questions, please do not hesitate to contact me.

Respectfully,

/s/ Daniel C. Mulveny
Connolly Bove Lodge & Hutz LLP

cc:  Clerk of the Court
     James D. Taylor, Jr. (by email)
     Constance Huttner (by email)

DCM/vjm
553153_1.DOC