**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ROHM AND HAAS ELECTRONIC MATERIALS LLC | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 06-297-GMS |
| v. | ) ) ) | |
| HONEYWELL INTERNATIONAL INC. | ) ) | |
| Defendant. | ) ) ) | |

**PLAINTIFF ROHM AND HAAS ELECTRONIC MATERIALS LLC'S
MOTION TO ENFORCE THE SETTLEMENT AGREEMENT**

Plaintiff Rohm and Haas Electronic Materials LLC ("Rohm and Haas") hereby

moves for the following:

(1)    to enforce the agreement with defendant, Honeywell International Inc. ("Honeywell") to settle this litigation;

(2)    to require Honeywell to execute the July 17, 2007 Confidential Settlement Agreement with Mutual Release and Patent License ("Settlement Agreement");

(3)    to require the parties to effectuate the Settlement Agreement, including filing the agreed-upon stipulation of dismissal of this case; and

(4)    to award Rohm and Haas its attorneys' fees and costs associated with bringing this motion.

The grounds of this motion are fully set forth in Plaintiff's concurrently-filed

memorandum.

Pursuant to Local Rule 7.1.1, the undersigned counsel conferred with defendant's counsel regarding this Motion. Defendants' counsel has indicated that the defendant will oppose this Motion.

CONNOLLY BOVE LODGE & HUTZ LLP

/s/ Rudolf E. Hutz
Rudolf E. Hutz (#484)
Daniel C. Mulveny (#3984)
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899-2207
(302) 658-9141
*Attorneys for Plaintiff*

Dated: July 31, 2007
555369_1.DOC

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ROHM AND HAAS ELECTRONIC MATERIALS LLC | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 06-297-GMS |
| v. | ) ) ) | |
| HONEYWELL INTERNATIONAL INC. | ) ) | |
| Defendant. | ) ) ) | |

**ORDER GRANTING PLAINTIFF
ROHM AND HAAS ELECTRONIC MATERIALS LLC'S
MOTION TO ENFORCE THE SETTLEMENT AGREEMENT**

AND NOW on this _____ day of _____, 2007, upon

consideration of plaintiff's motion to enforce the settlement agreement, and any and all

responses thereto, it is hereby ORDERED that:

    (1)    Plaintiff's motion to enforce the agreement with defendant to settle this litigation is GRANTED;

    (2)    Within five (5) days of the date of this order, defendant shall execute the July 17, 2007 Confidential Settlement Agreement with Mutual Release and Patent License ("Agreement");

    (3)    Upon execution of the Agreement by defendant, the plaintiff and the defendant shall effectuate the Settlement Agreement in accordance with its terms;

    (4)    Within ten (10) days of the date that defendant executes the Agreement, the parties shall submit the agreed-upon stipulation of dismissal in this case;

    (5)    Plaintiff's request for attorney's fees and costs associated with bringing the motion is GRANTED; and

(6)     Plaintiff shall submit a fee petition within thirty (30) days of the date of this order.


_____
UNITED STATES DISTRICT JUDGE

555369_1.DOC

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2007, I electronically filed **PLAINTIFF ROHM**

**AND HAAS ELECTRONIC MATERIALS LLC'S MOTION TO ENFORCE THE**

**SETTLEMENT AGREEMENT** with the Clerk of the Court using CM/ECF which will

send notification of such filing to the following:

James D. Taylor, Jr.
Buchanan Ingersoll & Rooney PC
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801


I hereby certify that on July 31, 2007, I have mailed by First Class Mail, the

document(s) to the following non-registered participant:


Constance S. Huttner
Buchanan Ingersoll & Rooney PC
One Chase Manhattan Plaza, 35th Floor
New York, NY 10005-1417


/s/ Rudolf E. Hutz
Rudolf E. Hutz (#484)
Daniel C. Mulveny (#3984)
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899-2207
(302) 658-9141
*Attorneys for Plaintiff*