IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROHM AND HAAS ELECTRONIC MATERIALS LLC,<br><br>   Plaintiff,<br><br>v.<br><br>HONEYWELL INTERNATIONAL INC.,<br><br>   Defendant. | Civil Action No.: 06-297-GMS |

**UNOPPOSED MOTION FOR EXTENSION OF BRIEFING SCHEDULE**

COMES NOW Defendant Honeywell International, Inc. ("Honeywell"), by and through its undersigned counsel, and moves this Court for an unopposed one-week extension of the briefing schedule established by D. Del. LR 7.1.2.

Plaintiff Rohm & Haas Electronic Materials, LLC ("RHEM") filed a Motion for Settlement, Enforcement Thereof, and accompanying Opening Brief, on July 31, 2007. Honeywell's Answering Brief is due on or before August 17, 2007.

Due to illness, Honeywell's in-house counsel has been out of the office and thus unable to review the draft Answering Brief and his accompanying fact-laden affidavit. It is presently uncertain whether in-house counsel will be in the office for the remainder of week, rendering Honeywell unable to obtain the approval and signature of a necessary affiant before the current deadline.

Honeywell therefore respectfully requests that the Court grant it an additional week, to August 24, 2007, within which to file its Answering Brief. The deadline for RHEM's Reply

Brief will be extended accordingly pursuant to D. Del. LR 7.1.2(a). RHEM does not oppose this Motion or the relief requested herein.

Dated: August 15, 2007

BUCHANAN INGERSOLL & ROONEY PC

_____
William E. Manning, Esquire (#697)
James D. Taylor, Jr., Esquire (#4009)
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200
william.manning@bipc.com
james.taylor@bipc.com

Constance S. Huttner, Esquire
Admitted *Pro Hac Vice*
BUCHANAN INGERSOLL & ROONEY PC
One Chase Manhattan Plaza, 35th Floor
New York, NY 10005-1417
(212) 440-4426
constance.huttner@bipc.com

*Attorneys for Defendant
Honeywell International Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROHM AND HAAS ELECTRONIC MATERIALS LLC,<br><br>Plaintiff,<br><br>v.<br><br>HONEYWELL INTERNATIONAL INC.,<br><br>Defendant. | Civil Action No.: 06-297-GMS |

## ORDER

AND NOW THE COURT this ___ day of August, 2007, upon consideration of Honeywell International Inc's Unopposed Motion for Extension of Briefing Schedule, does hereby ORDER that:

1. Honeywell's Unopposed Motion for Extension of Briefing Schedule is GRANTED; and

2. Honeywell's Answering Brief in response to Rohm and Haas Electronic Materials, LLC's Motion for Settlement, Enforcement Thereof shall be filed on or before August 24, 2007.

_____
The Honorable Gregory M. Sleet

**STATEMENT PURSUANT TO D. DEL. LR 7.1.1**

I, James D. Taylor, Jr., Esquire, hereby certify pursuant to D. Del. LR 7.1.1 that on August 15, 2007, I spoke with counsel to Rohm & Haas Electronic Materials, LLC ("RHEM"), Daniel C. Mulveny, Esquire, who advised that RHEM does not oppose Honeywell's Unopposed Motion for Extension of Briefing Schedule or the relief requested therein.

BUCHANAN INGERSOLL & ROONEY

_____
James D. Taylor, Jr., Esquire (#4009)
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200
(302) 552-4295 (facsimile)
james.taylor@bipc.com

August 15, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROHM AND HAAS ELECTRONIC MATERIALS LLC, <br><br> Plaintiff, <br><br> v. <br><br> HONEYWELL INTERNATIONAL INC., <br><br> Defendant. | Civil Action No.: 06-297-GMS |

## CERTIFICATE OF SERVICE

I, James D. Taylor, Jr., hereby certify that on August 15, 2007, I electronically filed the **Unopposed Motion for Extension of Briefing Schedule** with the Clerk of Court using CM/ECF which will send notification of such filing to counsel of record.

BUCHANAN INGERSOLL & ROONEY PC

_____
James D. Taylor, Jr., Esq.(#4009)
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200
(302) 552-4295 (facsimile)
james.taylor@bipc.com