IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROHM AND HAAS ELECTRONIC MATERIALS LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>HONEYWELL INTERNATIONAL INC.,<br><br>    Defendant. | Civil Action No.: 06-297-GMS<br><br>**FILED UNDER SEAL** |

**MEMORANDUM OF DEFENDANT HONEYWELL INTERNATIONAL INC. IN OPPOSITION TO MOTION BY PLAINTIFF ROHM AND HAAS ELECTRONIC MATERIALS LLC TO ENFORCE ALLEGED SETTLEMENT AGREEMENT**

BUCHANAN, INGERSOLL & ROONEY, PC
William E. Manning, Esq. (#697)
James D. Taylor, Jr., Esq. (#4009)
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200
william.manning@bipc.com
james.taylor@bipc.com

Of Counsel:

BUCHANAN, INGERSOLL & ROONEY, PC
Constance S. Huttner
Ryan P. Farley
One Chase Manhattan Plaza
New York, NY 10005
(212) 440-4400

Dated: August 24, 2007        *Attorneys for Honeywell International Inc.*