IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROHM AND HAAS ELECTRONIC MATERIALS LLC,<br><br>　　Plaintiff,<br><br>　　v.<br><br>HONEYWELL INTERNATIONAL INC.,<br><br>　　Defendant. | Civil Action No.: 06-297-GMS<br><br>**FILED UNDER SEAL** |

**DECLARATION OF CONSTANCE S. HUTTNER, ESQ. IN SUPPORT OF DEFENDANT HONEYWELL INTERNATIONAL INC.'S OPPOSITION TO PLAINTIFF ROHM AND HAAS ELECTRONIC MATERIALS LLC 'S MOTION TO ENFORCE ALLEGED SETTLEMENT AGREEMENT**

Dated: August 24, 2007

BUCHANAN INGERSOLL & ROONEY PC
William E. Manning, Esquire (#697)
James D. Taylor, Jr., Esquire (#4009)
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200
william.manning@bipc.com
james.taylor@bipc.com

BUCHANAN INGERSOLL & ROONEY PC
Constance S. Huttner, Esquire
Ryan P. Farley, Esquire
One Chase Manhattan Plaza, 35th Floor
New York, NY 10005-1417
(212) 440-4426

*Attorneys for Defendant*
*Honeywell International Inc.*

#1008625-v1