IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROHM AND HAAS ELECTRONIC MATERIALS LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>HONEYWELL INTERNATIONAL INC.,<br><br>    Defendant. | Civil Action No.: 06-297-GMS<br><br>**FILED UNDER SEAL<br>HIGHLY CONFIDENTIAL<br>OUTSIDE COUNSEL ONLY** |

**DECLARATION OF SCOTT D. JACOBSON, ESQ. IN SUPPORT OF DEFENDANT HONEYWELL INTERNATIONAL INC.'S OPPOSITION TO PLAINTIFF ROHM AND HAAS ELECTRONIC MATERIALS LLC 'S MOTION TO ENFORCE ALLEGED SETTLEMENT AGREEMENT**

Dated: August 24, 2007

BUCHANAN INGERSOLL & ROONEY PC
William E. Manning , Esquire (#697)
James D. Taylor, Jr., Esquire (#4009)
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200
willaim.manning@bipc.com
james.taylor@bipc.com

BUCHANAN INGERSOLL & ROONEY PC
Constance S. Huttner, Esquire
Ryan P. Farley, Esquire
One Chase Manhattan Plaza, 35th Floor
New York, NY 10005-1417
(212) 440-4426

*Attorneys for Defendant
Honeywell International Inc.*

#1008626-v1