# CONNOLLY BOVE LODGE & HUTZ LLP

### ATTORNEYS AT LAW

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

**Rudolf E. Hutz**
Partner

TEL (302) 888-6266
FAX (302) 658 9072
EMAIL rhutz@cblh.com
REPLY TO Wilmington Office

June 3, 2008

**By Electronic Filing**
Chief Judge Gregory M. Sleet
U. S. District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

Re:    **Rohm and Haas Electronic Materials v. Honeywell International Inc.,**
       **Case 1:06-cv-00297-GMS**

Dear Chief Judge Sleet:

On behalf of plaintiff Rohm and Haas Electronic Materials ("Rohm and Haas") in the above-referenced case, we wish to advise the Court that on May 27, 2008, the United States Patent and Trademark Office (USPTO) has issued an Ex Parte Reexamination Certificate for U.S. Patent No. 6,472,128. This is one of the two patents in suit. A copy of the Reexamination Certificate is enclosed.

The Reexamination Certificate states that the USPTO has determined that claims 1-5 are patentable as amended, claims 2-4 and 6-16, dependent on an amended claim, are patentable, and new claims 17-31 are added and determined to be patentable.

On July 31, 2007, Rohm and Haas moved to enforce the terms of a settlement agreement reached by the parties to resolve all issues raised by the complaint in this action. Defendant opposed, and all briefing on the issue was completed on September 4, 2007.

If the Court has any questions, please do not hesitate to contact me.

Respectfully,

/s/ Rudolf E. Hutz
Connolly Bove Lodge & Hutz LLP

Enclosure

cc:      James D. Taylor, Jr. (by email)
        Constance Huttner (by email)

614480_1.DOC

**EXHIBIT 1**



US006472128C1

(12) **EX PARTE REEXAMINATION CERTIFICATE** (6238th)

# United States Patent
Thackeray et al.

(10) **Number:** US 6,472,128 C1

(45) **Certificate Issued:** *May 27, 2008

(54) **ANTIHALATION COMPOSITIONS**

(75) Inventors: **James W. Thackeray**, Braintree, MA (US); **George W. Orsula**, Avon, MA (US)

(73) Assignee: **Shipley Company Inc.**, Newton, MA (US)

**Reexamination Request:**
No. 90/008,359, Dec. 4, 2006

**Reexamination Certificate for:**
| | |
|---|---|
| Patent No.: | 6,472,128 |
| Issued: | Oct. 29, 2002 |
| Appl. No.: | 09/924,045 |
| Filed: | Aug. 7, 2001 |

(*) Notice:     This patent is subject to a terminal disclaimer.

**Related U.S. Application Data**

(63) Continuation of application No. 08/640,144, filed on Apr. 30, 1996, now Pat. No. 6,451,503, which is a continuation of application No. 07/792,482, filed on Nov. 15, 1991, now Pat. No. 6,165,697.

(51) **Int. Cl.**
   *G03F 7/09*     (2006.01)

(52) **U.S. Cl.** ...................... 430/322; 430/155; 430/324; 430/327; 430/950

(58) **Field of Classification Search** ...................... None
See application file for complete search history.

(56)     **References Cited**

U.S. PATENT DOCUMENTS

3,884,702 A     5/1975     Koshimo et al.

| | | | |
|---|---|---|---|
| 4,299,938 A | 11/1981 | Green et al. | |
| 4,413,052 A | 11/1983 | Green et al. | |
| 4,863,827 A | 9/1989 | Jain et al. | |
| 4,863,829 A | * 9/1989 | Furuta et al. | ................ 430/192 |
| 4,910,122 A | 3/1990 | Arnold et al. | |
| 4,935,320 A | 6/1990 | Rohde et al. | |
| 4,943,511 A | * 7/1990 | Lazarus et al. | ............. 430/192 |
| 5,302,489 A | * 4/1994 | Shu | ............................ 430/191 |
| 5,851,738 A | * 12/1998 | Thackeray et al. | .... 430/327 |
| 2006/0110682 A1 | 5/2006 | Thackeray et al. | |

OTHER PUBLICATIONS

Silverstein et al. "Spectrometric Identification of Organic Compounds", Third Ed., John Wiley & Sons, 1974, pp. 252–253.*

Brewer, T., et al., "The Reduction of the Standing Wave Effect in Positive Photoresists," *Jour. Appl. Photogr. Eng.*, vol. 7, No. 6, pp. 184–186 (Dec. 1981).

Crivello et al., *J. Polym. Sci. Polym. Chem.* 21 (1983) 97–109.

Silanes for Adhesives and Sealants.

Y.–C. Lin, et al., "Some Aspects of Anti–Reflective Coating for Optical Lithography," *Advances Resist Tech., Proc.*, SPIE vol. 469, pp. 30–37 (1984).

Silverstein et al. "7.4 Characteristic Absorption of Organic Compounds." *Spectrometric Identification of Organic Compounds*, 4th Ed., John Wiley & Sons, 1981. pp. 309–311.

U.S. Appl. No. 90/008,360, Thackeray et al.

* cited by examiner

*Primary Examiner*—Stephen Stein

(57)     **ABSTRACT**

Antihalation compositions and methods for reducing the reflection of exposure radiation of a photoresist overcoated said compositions. The antihalation compositions of the invention comprise a resin binder and material capable of causing a thermally induced crosslinking reaction of the resin binder.



US 6,472,128 C1

1

# EX PARTE
# REEXAMINATION CERTIFICATE
# ISSUED UNDER 35 U.S.C. 307

### THE PATENT IS HEREBY AMENDED AS
### INDICATED BELOW.

Matter enclosed in heavy brackets [ ] appeared in the patent, but has been deleted and is no longer a part of the patent; matter printed in italics indicates additions made to the patent.

AS A RESULT OF REEXAMINATION, IT HAS BEEN DETERMINED THAT:

Claims 1 and 5 are determined to be patentable as amended.

Claims 2–4 and 6–16, dependent on an amended claim, are determined to be patentable.

New claims 17–31 are added and determined to be patentable.

1. A coated substrate comprising:

a substrate having thereon:

a coating layer of an antireflective composition, the anti-reflective composition comprising a crosslinker and an anthracene material; and

a coating layer of a *positive-acting* photoresist composition over the antireflective composition coating layer.

5. A method for forming a relief image on a substrate comprising:

applying on the substrate a layer of an antihalation composition comprising an anthracene material;

applying over the antihalation composition coating layer a *positive-acting* photoresist composition.

17. *The method of claim 6 wherein the photoresist composition is imaged with radiation having a wavelength of 100 nm to 300 nm.*

18. *The method of claim 6 wherein the photoresist composition is imaged with radiation having a wavelength of 248 nm.*

19. *The method of claim 7 wherein the photoresist layer is imaged with radiation having a wavelength of 100 to 300 nm.*

20. *The method of claim 7 wherein the photoresist layer is imaged with radiation having a wavelength of 248 nm.*

2

21. *The method of claim 5 wherein the photoresist composition is a chemically amplified positive-acting photoresist composition.*

22. *The method of claim 18 wherein the photoresist composition is a chemically amplified positive-acting photoresist composition.*

23. *The substrate of claim 1 wherein the photoresist composition is a chemically amplified positive-acting photoresist composition.*

24. *A method for forming a relief image on a substrate comprising:*

*applying on the substrate a layer of an antihalation composition comprising an anthracene material;*

*applying over the antihalation composition coating layer a positive-acting photoresist composition; and*

*exposing the applied photoresist composition to patterned radiation having a wavelength of 248 nm.*

25. *The method of claim 24 wherein the antihalation composition is crosslinked prior to applying the photoresist composition over the antihilation layer.*

26. *The method of claim 24 wherein the photoresist composition is a chemically-amplified positive-acting photoresist composition.*

27. *The method of claim 25 wherein the photoresist composition is a chemically-amplified positive-acting photoresist composition.*

28. *A method for forming a relief image on a substrate comprising:*

*applying on the substrate a layer of an antihalation composition comprising an anthracene material;*

*crosslinking the antihalation composition layer; and*

*applying over the antihalation composition coating layer a photoresist composition,*

*wherein the antihalation composition is crosslinked prior to applying the photoresist composition over the anti-halation composition layer.*

29. *The method of claim 28 further comprising imaging the photoresist composition with activating radiation and treating the imaged photoresist composition with a developer to provide a photoresist relief image.*

30. *The method of claim 29 wherein areas bared of photoresist upon treatment with the developer are etched.*

31. *The method of claim 29 wherein areas bared of photoresist upon treatment with the developer are exposed to a plasma gas.*

* * * * *