IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROHM AND HAAS ELECTRONIC MATERIALS LLC., | ) ) ) |
| Plaintiff-Counterdefendant, | ) ) |
| v. | ) ) C.A. No. 06-297-GMS |
| HONEYWELL INTERNATIONAL INC., | ) ) ) |
| Defendant-Counterclaimant. | ) |

### NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Please withdraw the appearance of Buchanan Ingersoll & Rooney PC and enter the appearance of Vinson & Elkins LLP and Morris, Nichols, Arsht & Tunnell LLP as counsel for Honeywell International Inc. in the above matter.

| BUCHANAN INGERSOLL & ROONEY PC | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| /s/ James Darlington Taylor, Jr. | /s/ Thomas C. Grimm |
| James Darlington Taylor, Jr. (#4009)<br>1000 West Street, Suite 1410<br>Wilmington, DE 19801<br>(302) 552-4200<br>james.taylor@bipc.com | Thomas C. Grimm (#1098)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>tgrimm@mnat.com |
| | OF COUNSEL: |
| | Constance S. Huttner<br>VINSON & ELKINS LLP<br>666 Fifth Avenue<br>26th Floor<br>New York, NY 10103-0040<br>(212) 237-0000 |
| | *Attorneys for Honeywell International Inc.* |

August 19, 2008
2446020

**CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered participants.

I also certify that on August 19, 2008, I caused to be served true and correct copies of the foregoing document on the following in the manner indicated below:

**BY E-MAIL**

Rudolph E. Hutz
Daniel Christopher Mulveny
CONNOLLY, BOVE, LODGE & HUTZ
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899

*/s/ Thomas C. Grimm*
_____
Thomas C. Grimm (#1098)
tgrimm@mnat.com